IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSARIO PASSMORE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; BRENDA L. CHAFTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; MARIA WEAKS, JO ANN VEGA, KELLY SLAPE, <br><br>*Plaintiffs,* <br><br> vs. <br><br>SSC KERRVILLE HILLTOP VILLAGE OPERATING COMPANY LLC, SSC KERRVILLE EDGEWATER OPERATING COMPANY, LLC, SSC KERRVILLE ALPINE TERRACE OPERATING COMPANY, LLC, <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § | SA-18-CV-00782-ESC |

# **ORDER**

Before the Court in the above-styled cause of action is Plaintiffs' Motion for Approval of Maximum Fee Award and All Costs and Expenses under the Parties' Supplemental Settlement Agreement [#87]. By their motion, Plaintiffs ask the Court to clarify the amount of attorneys' fees to be paid pursuant to the parties' court-approved settlement agreement and to approve the award of fees and costs as stated in Definition d. of the Supplemental Settlement Agreement. The undersigned has authority to enter this Order, as the parties consented to proceed before a magistrate judge for settlement approval and entry of judgment [#83]. The Court will grant the motion and approve the fee award reflected in the parties' court-approved settlement agreement.

1

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Approval of Maximum Fee Award and All Costs and Expenses under the Parties' Supplemental Settlement Agreement [#87] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court **APPROVES** as necessary and reasonable to the prosecution of this action the Maximum Fee Award and all costs and expenses as outlined in Definition d. to the Parties' Supplemental Agreement.

**IT IS FINALLY ORDERED** that Class Counsel is awarded the Maximum Fee Award and all costs and expenses outlined in Definition d. to the Parties' Supplemental Agreement, filed under seal.

SIGNED this 16th day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE